IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTON JOHNSON, SR.,

    Petitioner,             No.  2:12-cv-0459 WBS CKD P

    vs.

MATTHEW CATE,

    Respondent.          ORDER

_____/

Petitioner has requested an extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (Dkt. No. 23) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

Dated: October 11, 2012

                                                                  _____
                                                                  CAROLYN K. DELANEY
                                                                  UNITED STATES MAGISTRATE JUDGE

1
john0459.111(1)