IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTON JOHNSON, SR.,

    Petitioner,               No.  2:12-cv-0459 WBS CKD P

   vs.

MATTHEW CATE,

    Respondent.           <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (Dkt. No. 23) is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

Dated: October 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john0459.111(1)