IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON JOHNSON, SR.,<br><br>   Petitioner,<br><br>  vs.<br><br>DANIEL PARAMO, Warden, Richard J. Donovan Correctional Facility,<br><br>   Respondent. | No. 2:12-cv-00459-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 44] |

   This Court denied Anton Johnson, Sr., a state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on March 27, 2015. Docket Nos. 41, 42. At Docket No. 43, Johnson timely filed a notice of appeal. Johnson now seeks an extension of time to file a request for a certificate of appealability. Docket No. 44. Because this Court has already denied Johnson a certificate of appealability, Johnson must request a certificate of appealability from the Court of Appeals. Any relief sought with respect to that request must also be directed to the Court of Appeals.

   **IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Johnson's Motion at Docket No. 44 to the Ninth Circuit Court of Appeals.

   Dated: May 18, 2015.

                          /s/James K. Singleton, Jr.
                           JAMES K. SINGLETON, JR.
                         Senior United States District Judge